AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>Rafael Armando Class-Davila<br><br>Defendant(s) | Case No. 13-655(SCC) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **June 17, 2013**  in the county of  **Caguas**  in the  **Judicial**  District of  **Puerto Rico** , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 111(a) and (b) | Assualting, resisting, or impeding federal officer using a deadly or dangerous weapon |
| 18 U.S.C. Section 1512(d)(3) | Whoever intentionally harasses another person and thereby hinders, delays, prevents, or dissuades any person from arresting or seeking the arrest of another person in connection with a Federal offense, or attempts to do so. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

AUSA Justin Martin
6-19-13

*Complainant's signature*

FBI SA Anna M. Sepulveda
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/19/2013

City and state:  San Juan, Puerto Rico

*Judge's signature*
Silvia Carreño-Coll
U.S. Magistrate Judge
*Printed name and title*