## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Anna M. Sepulveda, hereby swear and affirm as follows:

1.  I am a Special Agent with the Federal Bureau of Investigation and have been so employed since December 2010.  I am currently assigned to a squad that investigates Violent Crimes in the San Juan, Puerto Rico area.   This squad is responsible for investigations involving bank robberies.

2.  This affidavit is submitted in support of an application for a complaint and an arrest warrant charging Rafael Armando Class-Davila (hereinafter referred to as "CLASS-DAVILA") with violations of 18 U.S.C. § 111(a) and (b), and 18 U.S.C. § 1512(d)(3).   Section 1512(d)(3) states in pertinent part:

> Whoever intentionally harasses another person and thereby hinders, delays, prevents, or dissuades any person from arresting or seeking the arrest of another person in connection with a Federal offense, or attempts to do so, shall be fined under this title or imprisoned not more than 3 years, or both.

3.  On June 17, 2013, at approximately 3:00 p.m., the Special Weapons and Tactics (SWAT) team of the San Juan Division of the FBI was traveling southbound on Highway 52 to a location where FBI had information that a bank robbery subject was located in order to arrest him. The SWAT team was wearing tactical multi-camouflage uniforms with ballistic vests and helmets. The team was traveling in a convoy of four dark colored suburbans along with the Tactical Operations Center (TOC) in a dark colored van.   The SWAT team utilized flashing blue lights and sirens during the course of travel.

4.  At approximately 3:10 p.m., a 2012 blue Jeep Compass bearing Puerto Rico license plate HVM977, driven by CLASS-DAVILA, pulled into the SWAT convoy between the second and third suburban.   Special Agents proceeded to activate the forward-facing flashing blue light bar in their windshield along with the siren, and the air horn to alert the Jeep that it was interfering

with operations.

5.   CLASS-DAVILA, maintained his position in the convoy and continued to drive at a high rate of speed, ignoring the signal to move aside. Agents proceeded to utilize the public address (PA) system to announce, in Spanish, that the suburban was a police vehicle and commanded to Jeep to move out of the way.   Agents were forced to reposition the convoy in a neighboring lane as CLASS-DAVILA failed to abide by instructions to move.

6.   While the lead convoy vehicle drove beside CLASS-DAVILA, his front passenger, an unidentified female (hereinafter referred to as "UNSUB"), was pointing the camera side of her cellular telephone at the suburban and the special agents inside of the vehicle. Again, utilizing the PA system, agents advised that they were the police and directed CLASS-DAVILA to move over for the convoy. At this point, the UNSUB extended her middle finger upward in the direction of the agents.

7.   Agents were able to maneuver the suburban in front of the Jeep and continue drive forward with the convoy. Approximately one minute later, CLASS-DAVILA swerved in front of the convoy, interfering with operations again. When CLASS-DAVILA positioned himself in front of the suburban, he slammed on his breaks, causing agents to break suddenly in order to avoid collision.

8.   CLASS-DAVILA remained in front of the suburban and continued to prevent it from joining the convoy. Agents utilized sirens and the air horn while along with the PA system to announce the vehicle was police and commanded it to move.

9.   Shortly thereafter, the SWAT convoy team began to exit Highway 52. As the passed on level with CLASS-DAVILA, CLASS-DAVILA made threatening gestures toward the agents. While making these gestures, CLASS-DAVILA sideswiped and scraped the side median

which divided the exit and Highway 52. CLASS-DAVILA, in spite of the collision, continued to drive down Highway 52.

10.  Based on information on this investigation and my experience, the undersigned has reason to believe that CLASS-DAVILA committed a violations of 18 U.S.C. §§ 111(a) and (b), and 1512(d)(3).

11. I hereby declare that the foregoing is true and correct to the best of my knowledge and belief, pursuant to the investigation conducted on this case.

Executed on this 19th day of June, 2013.

Anna M. Sepulveda
Special Agent
Violent Crimes and Major Offenders
Federal Bureau of Investigation

Subscribed and sworn before me this 19th day of June, 2013, at San Juan, Puerto Rico.

United States Magistrate Judge
District of Puerto Rico

3