IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAFAEL ARMANDO CLASS-DAVILA,

Defendant.

MAG. NO. 13-655 (SCC)

## AGREEMENT FOR PRETRIAL DIVERSION

It appearing that you are reported to have committed offense(s) against the United States on or about June 17, 2013 in violation of 18 U.S.C. § 111, in that you did knowingly and intentionally, forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States while the officer and employee was engaged in and on account of the performance of official duties, that is agents and employees of the Federal Bureau of Investigation; and in violation of 18 U.S.C. § 1512(d)(3), in that you did intentionally harass another person, that is agents and employees of the Federal Bureau of Investigation, and did thereby hinder and delay said agents and employees of the Federal Bureau of Investigation from arresting and seeking the arrest of another person in connection with a federal offense.

Upon accepting responsibility for your behavior, without admitting guilt, and by your signature on this Agreement, it appearing, after an investigation of the offense, and your background, that the interest of the United States and your own interest and the interest of justice will be served by the following procedure; therefore

On the authority of the Attorney General of the United States, by Rosa Emilia Rodriguez-Velez, United States Attorney for the District of Puerto Rico, prosecution in this District for this

1

offense shall be deferred for the period of 3 months from this date, provided you abide by the following conditions and the requirements of this Agreement set out below.

Should you violate the conditions of this Agreement, the United States Attorney may revoke or modify any conditions of this pretrial diversion program or change the period of supervision, which shall in no case exceed eighteen months. The United States Attorney may release you from supervision at any time. The United States Attorney may at any time within the period of your supervision initiate prosecution for this offense should you violate the conditions of this Agreement. In this case, she will furnish you with notice specifying the conditions of the Agreement which you have violated.

After successfully completing your diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offense set out on page 1 of this Agreement will be instituted in this District, and the charges against you, if any, will be dismissed.

Neither this Agreement nor any other document filed with the United States Attorney as a result of your participation in the Pretrial Diversion Program will be used against you, except for impeachment purposes, in connection with any prosecution for the above-described offense.

**General Conditions of Pretrial Diversion**

1.  You shall not violate any law, Federal, State, and Local. You shall immediately contact your pretrial diversion supervisor if arrested and/or questioned by any law enforcement officer.

2.  You shall attend school or work regularly at a lawful occupation or otherwise comply with the terms of the special program described below. If you lose your job or are unable

to attend school, you shall notify your pretrial diversion supervisor at once. You shall consult him/her prior to job or school changes.

3. You shall report to your supervisor as directed and keep him/her informed of your whereabouts.

4. You shall follow the program and such special conditions as may be described below.

**Special Conditions**

1. You shall complete 40 hours of community service as directed by the United States Probation Office.

I assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information, or in bringing a defendant to trial. I hereby request the United States Attorney for the District of Puerto Rico to defer such prosecution. I agree and consent that any delay from the date of this Agreement to the date of initiation of prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request, and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United

States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this agreement.

I hereby state that the above has been read and explained to me. I understand the conditions of my pretrial diversion program and agree that I will comply with them.

_____  11/21/13
Rafael Class-Davila              Date

_____  11/21/13
Hector E. Guzman-Silva, Esq.     Date

_____  12-5-13
Justin R. Martin                 Date
Assistant U.S. Attorney
District of Puerto Rico